RECEIVED

APR 15 2021 ᴍᴸ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

JORDAN WATKINS

P.O. Box 6000

Glenville, W.Va. 26351
_____
Plaintiff/Petitioner(s),

-vs-

BRIJ MOHAN, M.D.

Clinical Director

MCC-Chicago

Chicago, Ill.
_____
Defendant/Respondent(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**1:21-cv-02045**
**Judge Robert M. Dow, Jr**
**Magistrate Judge Jeffrey Cummings**
**PC7**

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983
(State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

## I. JURISDICTION

A. Plaintiff's mailing address and/or register number and present place of confinement.

Jordan Watkins, #53900-424, FCI-Gilmer
P.O. Box 6000, Glenville, W.Va. 26351

B. Defendant _Brij Mohan, M.D._ is employed as
(Name of First Defendant)

_Clinical Director_
(Position/Title)

with _MCC-Chicago, Federal Bureau of Prisons_
(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (X)          No ( )

If your answer is "yes", briefly explain:

_____

_____

Rev. 2/97

C.    Defendant _____ is employed as
                          (Name of Second Defendant)

        _____
                              (Position/Title)

        with _____
                        (Employer's Name and Address)

        _____

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

                 Yes ( )              No ( )

If your answer is "yes", briefly explain:

_____

_____

_____

D.    Using the outline of the form provided, include the above information for any additional defendant(s).

_____

_____

_____

_____

_____

_____

_____

_____

## II.   PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court relating to your imprisonment?

                 Yes (✓)              No ( )

B.    If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.**

_Civil class action suit for gross medical negligence in a transabdominal lapascopic inquinal hernia procedure._

_____

_____

1.  Parties to previous lawsuits:
    Plaintiff(s) _Brij Mohan MCC Chicago_

    Defendant(s) _____

2.  Court (if Federal Court, name the District; if State Court, name the County)
    _Northern District of Illinois_

3.  Docket number _1:20 CV 044662_

4.  Name of Judge to whom case was assigned _Robert M Dow Jr_

5.  Type of case (for example: Was it a Habeas Corpus or Civil Rights action?)
    _Civil rights action_

6.  Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed failure to Pay filing fee_

7.  Approximate date of filing lawsuit _Between 8 10-20 — 8 31-20_

8.  Approximate date of disposition _12 24 2020_

## III.  GRIEVANCE PROCEDURE

A.  Is there a prisoner grievance procedure in the institution? _____

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No ( )

C.  If your answer is "yes",
    1.  What steps did you take? _____

    2.  What was the result? _____

D.  If your answer is "no", explain why not. _____

E.      If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities?  Yes ( )   No ( )

F.      If your answer is "yes",
      1.    What steps did you take? _____

      2.    What was the result? _____

G.      If your answer is "no", explain why not. _____

H.      Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not:

## IV.   STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, <u>attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.</u>

<u>Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.</u> Additionally, attach any relevant, supporting documentation.

While a federal inmate at MCC-Chicago, and on, or about, 03-29-19, the plaintiff was evaluated by the medical staff and defendant-Brij Mohan, M.D., for pain being caused by a possible hernia in the scrotum area. Surgery was recommended. On 04-04-19, the plaintiff was taken to Thorek Hospital, in Chicago, Illinois, for a consultation, which resulted in a recommendation for hernia repair surgery. On 06-13-19, hernia repair surgery was performed at Thorek Hospital, by Dr. Francesco Bianco, M.D., and Dr. Aaron Greenspan, M.D. It was described as Transabdominal Laparoscopic inguinal hernia repair. A 3D Bard Mesh was

inserted. Plaintiff was returned to Mcc-Chicago, on 06-15-19, where the plaintiff immediately complained about pain in his scrotum. However, the defendant demonstrated deliberate indifference by refusing to credit plaintiff's pain complaints, and swelling.

Due to the defendants deliberate indifference, the plaintiff sustained permanent injury to his abdomen, including the small intestine, bladder, colon, vas deferens, blood supply to testicles, and nerves, which causes chronic pain in groin area. these injuries are permanent.

## REMEDY

Due to the deliberate indifference of the defendant toward plaintiff's medical needs, the plaintiff is entitled to compensatory damages, and an award of punitive damages.

Wherefore, the plaintiff demands judgment against the defendant—Brij Mohan, M.D., in the sum of Two Million Dollars as compensatory damages, and One Million Dollars for punitive damages, plus interest and costs.

Jordan Watkins
Reg. No. 52900424
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

*Jordan Watkins*

_____
*Your full name*

v.

*Brij Mohan M.D.*
*Clinical Director*
*MCC - Chicago*
*Chicago, Illinois*
*Enter above the full name of defendant(s) in this action*

Civil Action No.: _____

## Certificate of Service

I, *Jordan Watkins* (your name here), appearing *pro se*, hereby certify

that I have served the foregoing *Civil class action* (title of

document being sent) upon the defendant(s) by depositing true copies of the same in the

United States mail, postage prepaid, upon the following counsel of record for the

defendant(s) on *03-24-2021* (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Executed at _F.C.I. Gilmer_     on _03-24-2021_ .
       (Location)              (Date)


_Jordan Watkins_
Your Signature

U.S. DEPARTMENT OF JUSTICE        **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*P.O. Attached
documents.

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: WATKiNS F. JordAn    52900-424    B-upper SHU    LEAVENWORTH.
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST** ON or About 3-29-19 while At MCC Chicago complained of A hernia, SAw med. there And evaluated, recommended surgery. On 4-4-19 had a consult At Thorek hosp. Recommended surgery. On 6-12-19 had the surgery to repair hernia At Thorek. On 6-15-19 took back to MCC Along w/scripts for pain meds And also instructions for care. W/in 30-35 days post surgery SAW Drs At MCC And told of swelling/pAin/And rAised ?.s in re: to surgery done on 6-12-19 At Thorek. Told by Dr. that it wAs from the surgery and that something wAs not correctly done. After my initial med review at USP LEAVENWORTH I AgAin told of the existing while problems w/the surgery MCC Chi: sent me to Thorek hosp And had got done 6-12-19. Was examined And determined that I needed g. surgeon to re consult yet 1st sent me to have ultrasound done. Once it was done and etc Dr Gregory At USP LeAvworth recommended I purchase ibuprofen off store for pAin And to been seen by G.Surgeon. SAw him And wAs recommended Another surgery to repair damage done dueing/As result of 1st surgery, Ibuprofen damages liver and causes lots issues if pro long use --- Spoke Dr on that yet denied meds to treat pain, old buy my own even w/it being their screw up w/ surgery. Seek proper medical care larger meds. in re to surgery and hernia. Seek all med records and have surgery to Correct ASAP.

11-22-19          Jordan F. Watkins
DATE                 SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
NOV 2 9 2019

_____ DATE              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE       CASE NUMBER: 998049-F1

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____ DATE           RECIPIENT'S SIGNATURE (STAFF MEMBER)

Printed on Recycled Paper         BP-229(13)
                                         APRIL 1982

U.S. Department of Justice
Federal Bureau of Prisons

Administrative Remedy
Part B - Response

**Administrative Remedy Number:** 998049-F2

Your request for Administrative Remedy (BP-229) was processed and received in this office on November 22, 2019. For remedy, you request surgical intervention for the failed hernia repair, pain medication, and copies of your medical records.

A review of your Request for Administrative Remedy has been conducted and revealed that since your arrival at USP Leavenworth, your hernia has been evaluated, you have had an ultrasound, and had a General Surgery consult. This specialist recommended having a CT scan, which has been scheduled, prior to being scheduled for surgery. Over the counter medications are recommended for pain, and a review of your commissary sales does not indicate any purchases in 4 months. Your request for medical records was received, and will be processed once the treatment plan is completed.

Accordingly, your Request for Administrative Remedy is for information purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230 (BP-10) to the Regional Director, Federal Bureau of Prisons, North Central Region Office, Gateway Complex, Tower II, 8th floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____
D. Hudson, Warden

12-9-19
_____
Date

LVN-1330.18A
01/05/17
Attachment A

## Adminsitrative Remedy – Informal Resolution
### Leavenworth, Kansas

Inmate's Name: Jordan Watkins _____ Reg. No. 52900424 Unit: SHU Date: 10-30-19

NOTICE: You are advised that prior to filing a Request for Administrative Remedy (BP-9), you **MUST** attempt to informally resolve your complaint through your counselor. Please follow the three (3) steps listed below.

1. State your specific complaint: On 6/12/19 I was sent to Thorek Hospital for a hernia repair I was a prisoner a mcc chicago I was In Bop custody on 3 days later I felt my scrotum swelling I Informed dnd mohan of chicago mcc he told me It was normal on 10-1-19 I was Informed I had a left Inguial hernia extendins Into my scrotum

2. State what efforts you have made to informally resolve your complaint: I spoke to MD culpepp DO and provider Gregory FNP I was sent out for a ultra sound To saint lukes where I found out I had another hernia

3. State what resolution you request: I would like all records pretaining to This problem corrective sergery pain med untel This is fixed

Inmate's Signature: Jordan Watkins _____ Date: 10-30-19

4. Correctional Counselor's Comments (Steps to Resolve): Given BP9

Counselor's Signature: _____ Date: 11/19/19

Unit Manager's Review: _____ Date: _____

| | Received by Counselor from Inmate | Attempted informal with inmate by Counselor | BP-9 given to Inmate | BP-9 Delivered to Administrative Remedy Clerk |
|---|---|---|---|---|
| Date | 11/19/19 | 11/19/19 | 11/19/19 | 11/20/19 |
| Time | 0800 | 0800 | | |
| Counselor | Donahve | Donahve | Donahve | am |

7

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 22, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      LEAVENWORTH USP

TO  : JORDAN WATKINS, 52900-424
      LEAVENWORTH USP    UNT: BU    QTR: Z02-220UAD
      P.O. BOX 1000
      LEAVENWORTH, KS 66048


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 998049-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : NOVEMBER 22, 2019
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       : MEDICAL RECORDS
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REJECT REASON 2: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 3: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : ON THE BP-9 YOU MUST LIST THE COMPLAINT/ISSUE WITH
                  A RESOLUTION. ONE COMPLAINT/ISSUE PER BP-9.

ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Jordan Watkins (52900-424),

Plaintiff(s),

v.

Brij Mohan, et al.,

Defendant(s).

Case No.  20 C 4662

Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $    ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: This case is dismissed without prejudice for Plaintiff's failure to comply with the Court's order.

---

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion

Date:  12/21/2020

Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

01-23-2020

JORDAN WATKINS, #52900-424
USP LEAVENWORTH
P.O. BOX 1000
LEAVENWORTH, KS  66048

       Re: Administrative Claim for Damages
       Claim #:      TRT-NCR-2020-02494        $ 2,250,000.00

Dear Claimant:

       This is to notify you of our receipt of your administrative claim for damages under provisions of the <u>Federal Tort Claims Act, Title 28 USC §1346(b), 2671 et. seq.</u>, alleging liability of the United States Government.

       Your claim was received on 10-29-2019. The above referenced Act provides that the agency has 6 months to make an administrative determination on your claim from the date such claim was received by the appropriate agency. Accordingly, in the matter of the above referenced claim, the government's response is not due until 04-28-2020.

       Regulations that may be pertinent to your claim may be found at Title 28 C.F.R. Part 14 et.seq., and §543.30.

                    Sincerely,
                    Richard M. Winter
                    Regional Counsel