BP-A0943 Small Claims for Property Damage or Loss (31 U.S.C. § 3723) CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE                                      FEDERAL BUREAU OF PRISONS

1. Location where the property loss or damage occurred: mcc chicago Thorex hospital ~~Thorex hospital~~

2. Name, address of claimant (Register number, street, city, state, and zip code): Jordan Watkins 52900424 USP leavenworth PO Box 1000 leavenworth, KS 66048

3. Date and Day of Incident: June 12 2019

4. Time: (A.M. or P.M.): 930 — 11:30

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

I went in for a micro robotic sergery for a hernia 3 days later my left testical started swelling and hurting and I couldnt use the bathroom for a week Dr. mohan Head physician of mcc chicago told me I should be going for a follow up It never came I'm in lots of pain and I have to have another sergery to fix the problem I'm fileing a claim of negligence on behalf of the BOP Because this was you alls healthcare provider I'm now waitin To see a genarl sergent to fix the problem I requested medical records to prove my claim

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness)): Dr mohan mcc chicago RN Hunt mcc chicago IL 60604

7. Amount of Claim for Damage to, or loss of, privately owned property (in dollars) (Sum Certain Amount - Total Amount Of Claim): ~~$1,000,000~~ 2,250,000.00

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED ROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL ATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

Signature of Claimant or Authorized Representative: Jordan Watkins

10. Date 10-22-19


RECEIVED
OCT 29 2019
LEGAL NORTH CENTRAL REGIONAL OFFICE

TRT-NCR-2020-02494                    Prescribed by PS 1320

I was told my Bowels came Through The hernic mesh It IS very painful I'm not recieveing pain meds ITS a good chance That one of my testicals will have To Be amputated This IS why my number IS So high Todays date is oct 22-2019 I would like a claim # I'm exaughsting my adminsitrative remedys at the moment I'm In the Shu The counselor for Blower dont make regular round So I caint start a paper trail medical records will follow I would like The claim # To give to my Attorney please give me Instrucksions on whAt I will need To prove my claim

Thank you

Jourdy Wcuttt



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

*Office of Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS  66101*

July 20, 2020

Jordan Watkins
Reg. No. 52900-424
FCI Gilmer
PO Box 6000
Glenville, WV 26351

Re:  Jordan Watkins, Register Number 52900-424
  Claim Number TRT-NCR-2020-02494
  Amount Claimed:   $ 2,250,000.00

  CERTIFIED RECEIPT 7019 2970 0001 7211 4803

Dear Claimant:

The above referenced tort claim has been considered for administrative review pursuant to 28 C.F.R. § 0.172, Authority: Federal Tort Claims, and 28 C.F.R. Part 14, Administrative Claims Under Federal Tort Claims Act. Investigation of your claim did not reveal you suffered any personal injury as a result of the negligent acts or omissions of Bureau of Prisons employees acting within the scope of their employment.

As a result of this investigation, your claim is denied. This memorandum serves as a notification of final denial under 28 CFR § 14.9, Final Denial of Claim. If you are dissatisfied with our agency's action, you may file suit in an appropriate U.S. District Court no later than 6 months after the date of this notification.

Sincerely,

*[signature]*

For

Richard M. Winter
Regional Counsel