ILND 450 (Rev. 10/13)   Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Jordan Watkins,

   Plaintiff(s),

v.

United States of America,
Dr. Brij Mohan, Jane Does and John Does,

   Defendant(s).

Case No. 21 C 02045
Judge Franklin U. Valderrama

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

   which ☐ includes     pre–judgment interest.
   ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) United States of America, Dr. Brij Mohan, Jane Does and John Does. and against plaintiff(s) Jordan Watkins.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Franklin U. Valderrama on a motion.

Date: 12/8/2023                             Thomas G. Bruton, Clerk of Court

                                            Analeah Charles, Deputy Clerk