Jordan Watkins (52900-424),
Plaintiff

vs.

United States of America

**FILED**
JAN 29 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Notice of Appeal

21CV2045

~~Now comes Movant Jordan Watkins, pro se, respectfully requesting to file a Notice to Appeal such judgement pursuant~~

Now comes Movant, Jordan Watkins, pro se, respectfully requesting to file a Notice of Appeal for such judgement in case #21-cv-02045 pursuant to United States Constitution and the Federal Tort Claims Act ("FTCA"), 28 U.S.C. 1346(b).

Jordan Watkins
FCI Gilmer
PO BOX #6000
Glenville WV 26351

CHARLESTON WV 250
23 JAN 2024 PM 3 L

U.S District court
Northern District of Illinois
Eastern Division
219 ~~[scratched out]~~ S, Dearborn St
Chicago IL 60604

60604-180099

01/29/2024-20